**Order entered May 15, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00689-CR

**GARY MYRE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court**
**Kaufman County, Texas**
**Trial Court Cause No. 30519CC**

## ORDER

The State's motion to extend the time for filing the State's brief and to permit filing of late brief is **GRANTED**.

/s/      DAVID L. BRIDGES
           JUSTICE